O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTER OF ANDREW KWASI DONKOR,<br><br>　　　　　　Plaintiff,<br>vs.<br>ERIC H. HOLDER JR., Attorney General of the United States; JANE NAPOLITANO, United States Secretary of Department of Homeland Security; KATRINA S. KANE, Department of Homeland Security; DANIEL M. BIBLE, HQCMU, Chief; CAPTAIN RUBEN MANTANO, Jail Administrator of Pinal County Jail; PAUL R. BABEU, Head Administrator of Pinal County Jail; K. REED, R. TREMONT, R. BENVENUE, M. MANDOSA, SDDO VILLAGOMEZ, ICE Agents of Florence, Arizona; and BROOK MYERS and JOSE M. CORREA SR., ICE Agents of Bakersfield, California,<br><br>　　　　　　Defendants. | Case No. EDCV 11-1732-GW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States

Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

Dated: April 7, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE