JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTER OF ANDREW KWASI DONKOR,<br><br>             Plaintiff,<br>vs.<br><br>ERIC H. HOLDER JR., Attorney General of the United States; JANE NAPOLITANO, United States Secretary of Department of Homeland Security; KATRINA S. KANE, Department of Homeland Security; DANIEL M. BIBLE, HQCMU, Chief; CAPTAIN RUBEN MANTANO, Jail Administrator of Pinal County Jail; PAUL R. BABEU, Head Administrator of Pinal County Jail; K. REED, R. TREMONT, R. BENVENUE, M. MANDOSA, SDDO VILLAGOMEZ, ICE Agents of Florence, Arizona; and BROOK MYERS and JOSE M. CORREA SR., ICE Agents of Bakersfield, California,<br><br>             Defendants. | Case No. EDCV 11-1732-GW (DTB)<br><br>**J U D G M E N T** |

///

///

///

1 | Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 7, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE